1  Robert Ottinger (CA State Bar No. 156825)
   robert@ottingerlaw.com
2  THE OTTINGER FIRM, P.C.
   One Market, Spear Tower
3  Suite 3600
   San Francisco, CA 94105
4  Telephone: 415-293-8223
   Facsimile: 415-520-0555
5

6  Attorneys for Plaintiff Susan Staley and the Proposed Class

7  UNITED STATES DISTRICT COURT
   NORTHERN DISTRICT OF CALIFORNIA
8

| SUSAN STALEY, individually and on behalf of all others similarly situated, | CASE NO.: C10 - 03464 |
|---|---|
| Plaintiff, | **PLAINTIFF SUSAN STALEY'S REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE** |
| vs. | |
| LIFETOUCH, INC. and LIFETOUCH CHURCH DIRECTORIES | **Date: January 24, 2011** |
| Defendants. | **Time: 4:00 p.m.** |
| | **Judge: Honorable Bernard Zimmerman** |

Counsel for Plaintiff Susan Staley respectfully requests that the Court allow the telephonic appearance of counsel at the Case Management Conference scheduled for January 24, 2011 at 4:00 p.m. in the above-referenced matter. The request is made on the grounds that lead counsel for this matter, Robert Ottinger, will be in New York City on the day of the conference. Accordingly, requiring personal appearance by Mr. Ottinger would impose an unnecessary hardship.

-1-

1  Dated: January 14, 2011
2  By: /s/ Robert Ottinger
3  
   Robert W. Ottinger
4  The Ottinger Firm, P.C.
   One Market Speak Tower, 36th Floor
5  San Francisco, California 94105

6  Attorney for Plaintiff

-2-

**PLAINTIFF SUSAN STALEY'S REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE**

Robert Ottinger (CA State Bar No. 156825)
robert@ottingerlaw.com
THE OTTINGER FIRM, P.C.
One Market, Spear Tower
Suite 3600
San Francisco, CA 94105
Telephone: 415-293-8223
Facsimile: 415-520-0555

Attorneys for Plaintiff Susan Staley and the Proposed Class

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN STALEY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>LIFETOUCH, INC. and LIFETOUCH CHURCH DIRECTORIES<br><br>Defendants. | CASE NO.: C10 - 03464<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF SUSAN STALEY'S REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE<br><br>Date: January 24, 2011<br><br>Time: 4:00 p.m.<br><br>Judge: Honorable Bernard Zimmerman |

GOOD CAUSE HAVING BEEN SHOWN, Plaintiff Susan Staley's request to appear telephonically at the Case Management Conference scheduled for January 24, 2011 at 4:00 p.m. in this action is hereby granted. Counsel for Susan Staley is required to arrange the telephonic appearance with Court Call (888-882-6878) in advance of the Conference.

-1-

[PROPOSED] ORDER GRANTING PLAINTIFF SUSAN STALEY'S REQUEST TO APPEAR TELEPHONICALLY AT

1 | IT IS SO ORDERED.

2 | Dated: __ January 14, 2011

3

4

5

6 | HONORABLE Bernard Zimmerman
7 | United States Magistrate Judge

-2-

[PROPOSED] ORDER GRANTING PLAINTIFF SUSAN STALEY'S REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE