JEFFREY M. LENKOV, ESQ. (SBN 156478)
EVELINA M. SERAFINI, ESQ. (SBN 187137)
JUDITH A. KOGAN, ESQ. (SBN 239885)
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
15th Floor at 801 Tower
801 South Figueroa Street
Los Angeles, CA 90017
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendant Lifetouch, Inc. and
Lifetouch Church Directories and Portraits, Inc.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN STALEY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>LIFETOUCH, INC.; LIFETOUCH CHURCH DIRECTORIES AND PORTRAITS, INC.; LIFETOUCH NATIONAL SCHOOL STUDIOS, INC.<br><br>Defendants. | Case No.: C10-03464 (BZ)<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE<br><br>Date: January 24, 2011<br>Time: 4:00 p.m.<br><br>*Complaint Filed: 08/09/2010* |

GOOD CAUSE HAVING BEEN SHOWN, Defendants Lifetouch, Inc.'s and Lifetouch Church Directories and Portraits, Inc.'s request to appear telephonically at the Case Management Conference scheduled for January 24, 2011 at 4:00 p.m. in this action is hereby granted. Counsel Evelina M. Serafini and Judith A. Kogan are required to arrange the telephonic appearance with CourtCall ((888) 882-6878) in advance of the conference.

IT IS SO ORDERED.

Dated: 14 Jan 2011

_____
Honorable Bernard Zimmerman
United States Magistrate Judge