UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN STALEY, individually and on behalf of other similarly situated,,<br><br>　　　　Plaintiff(s),<br><br>　v.<br><br>LIFETOUCH, INC., LIFETOUCH CHURCH DIRECTORIES AND PORTRAITS, INC., LIFETOUCH NATIONAL SCHOOL STUDIOS, INC.,<br><br>　　　　Defendant(s). | No. C10-3464 BZ<br><br>**BRIEFING ORDER** |

　　　Having received defendants' motion to deny collective and class action claims (Docket No. 28), **IT IS HEREBY ORDERED** as follows:

　　　1.　Any opposition to defendants' motion shall be filed by **April 7, 2011.**  Any reply shall be filed by **April 14, 2011**.

　　　2.　The motion is scheduled to be heard on **May 4, 2011 at 10:00 a.m.,** in Courtroom G, 15th Floor, Federal Building, 450

///

///

1

Golden Gate Avenue, San Francisco, California 94102.

Dated: March 22, 2011

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\STALEY V. LIFETOUCH\BRIEFING ORDER.wpd

2