UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN STALEY, individually and on behalf of other similarly situated,,<br><br>          Plaintiff(s),<br><br>     v.<br><br>LIFETOUCH, INC., LIFETOUCH CHURCH DIRECTORIES AND PORTRAITS, INC., LIFETOUCH NATIONAL SCHOOL STUDIOS, INC.,<br><br>          Defendant(s). | No. C10-3464 BZ<br><br>**SECOND BRIEFING ORDER** |

　　　　Following the status conference, at which both parties were represented by counsel, **IT IS HEREBY ORDERED** as follows:

　　　　1.　Plaintiffs shall file their motion to proceed as a collective action and/or class action by **July 7, 2011.** Defendants' opposition/counter motion is due **July 21, 2011.** Plaintiffs' opposition/reply is due **August 4, 2011.** Defendants' reply is due **August 18, 2011.**

　　　　2.　The motions are scheduled to be heard on **September 7, 2011** at **10:00 a.m.,** in Courtroom G, 15th Floor, Federal

1

Building, 450 Golden Gate Avenue, San Francisco, California 94102.

Dated: May 3, 2011

　　　　　　　　　　　　　　　　　*Bernard Zimmerman*
　　　　　　　　　　　　　　　　Bernard Zimmerman
　　　　　　　　　　　　United States Magistrate Judge

G:\BZALL\-BZCASES\STALEY V. LIFETOUCH\BRIEFING ORDER 2.wpd