| | |
|---|---|
| 1 | JEFFREY M. LENKOV, ESQ. (SBN 156478) |
| | EVELINA M. SERAFINI, ESQ. (SBN 187137) |
| 2 | **MANNING & KASS** |
| | **ELLROD, RAMIREZ, TRESTER LLP** |
| 3 | 15th Floor at 801 Tower |
| | 801 South Figueroa Street |
| 4 | Los Angeles, CA 90017 |
| | Telephone: (213) 624-6900 |
| 5 | Facsimile:  (213) 624-6999 |

Attorneys for Defendant Lifetouch, Inc. and Lifetouch Church Directories and Portraits, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN STALEY, individually and on behalf of all others similarly situated, | **Case No.: C10-03464 (BZ)** |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR MEDIATION COMPLETION** |
| vs. | Mediation Completion Date:    July 1, 2011 |
| LIFETOUCH, INC. AND LIFETOUCH CHURCH DIRECTORIES AND PORTRAITS, INC. | *Complaint Filed: 08/09/2010* |
| | *Trial:             03/12/2012* |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff Susan Staley on the one hand, and Defendants, Lifetouch Inc. and Lifetouch Church Directories and Portraits, Inc., on the other hand, by and through their respective counsel, that the date for completion of private mediation be

///
///
///
///
///

-1-

**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR MEDIATION COMPLETION**

adjourned approximately 60 days, from July 1, 2011 to September 2, 2011, in order to allow the parties further time to engage in ongoing discussions regarding the possible settlement of this matter.

Dated: July 1, 2011           **THE OTTINGER FIRM, P.C.**

By:___/s/ Robert Ottinger_____
    Robert Ottinger
    Christopher Davis
Attorneys for Plaintiffs Susan Staley and the Putative Class

Dated: July 1, 2011           **MANNING & KASS**
    **ELLROD, RAMIREZ, TRESTER LLP**

By: ___/s/Evelina M. Serafini_____
    Jeffrey M. Lenkov, Esq.
    Evelina M. Serafini, Esq.
    Judith A. Kogan, Esq.
Attorneys for Defendants Lifetouch, Inc. and Lifetouch Church Directories and Portraits, Inc.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: July 4, 2011

_____
Magistrate Judge Bernard Zimmerman