1  ROBERT OTTINGER (CA State Bar No. 156825)
   robert@ottingerlaw.com
2  THE OTTINGER FIRM, P.C.
   One Market, Spear Tower, Suite 3600
3  San Francisco, CA 94105
   Telephone: 415-293-8223
4  Facsimile: 415-520-0555

5  Attorneys for Plaintiff Susan Staley and the Proposed Class

6

7  UNITED STATES DISTRICT COURT
   NORTHERN DISTRICT OF CALIFORNIA
8

9

10  SUSAN STALEY, individually and
    on behalf of all others similarly         CASE NO. C10 – 03464 (BZ)
    situated,
11
                        Plaintiff,
12                                             STIPULATION EXTENDING DATE
         vs.                                   FOR PLAINTIFF'S
13                                             CLASS NOTICE HEARING
    LIFETOUCH, INC. and
14  LIFETOUCH CHURCH                           Noticed Hearing Date: September 7, 2011
    DIRECTORIES AND PORTRAITS,                 Time: 10:00 a.m.
15  INC.                                       Court Room: G

16
                        Defendants.
17

18

19
    **IT IS HEREBY STIPULATED** by and between Plaintiff Susan Staley
20
21  ("Plaintiff") on the one hand, and Defendants Lifetouch, Inc. and Lifetouch Church

22  Directories and Portraits, Inc., on the other hand, by and through their respective

23
    counsel, that the date of Plaintiff's Class Notice hearing be extended 60 days, from
24                           November 16, 2011
25  September 9, 2011, to ~~November 8, 2011~~, in order to allow the parties to further

26  pursue settlement prior to filing of Plaintiff's Class Motion. The parties have

27

28
    STIPULATION EXTENDING DATE FOR PLAINTIFF'S CLASS NOTICE HEARING

exchanged written responses to discovery requests and document production.

It is further stipulated that Plaintiff's Moving papers will be submitted on or before Friday, October 7, 2011; opposition papers will be submitted on or before October 21, 2011, and reply papers will be submitted on or before October 28, 2011.

SO STIPULATED.

Dated: August 31, 2011

**MANNING & KASS ELLROD, RAMIREZ, TRESTER LLP**

By: _____
Evelina M. Serafini, Esq.
Judith A. Kogan, Esq.

Attorneys for Defendants Lifetouch, Inc. and Lifetouch Church Directories and Portraits, Inc.

Dated: ~~August~~ September 1, 2011

**THE OTTINGER FIRM, P.C.**

By: _____
Robert Ottinger, Esq.

Attorneys for Plaintiffs Susan Staley and the Putative Class

-2-

STIPULATION EXTENDING DATE FOR PLAINTIFF'S CLASS NOTICE HEARING

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: September _6_, 2011

_____
Magistrate Judge Bernard Zimmerman

Hearing scheduled for November 16, 2011 at 10:00 a.m. in Courtroom C, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

-3-

STIPULATION EXTENDING DATE FOR PLAINTIFF'S CLASS NOTICE HEARING