ROBERT OTTINGER (CA State Bar No. 156825)
robert@ottingerlaw.com
THE OTTINGER FIRM, P.C.
One Market, Spear Tower, Suite 3600
San Francisco, CA 94105
Telephone: 415-293-8223
Facsimile: 415-520-0555

Attorneys for Plaintiff Susan Staley and the Proposed Class

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

SUSAN STALEY, individually and on behalf of all others similarly situated,

Plaintiff,

vs.

LIFETOUCH, INC. and LIFETOUCH CHURCH DIRECTORIES AND PORTRAITS, INC.

Defendants.

CASE NO. C10 – 03464 (BZ)

**STIPULATION EXTENDING DATE FOR PLAINTIFF'S CLASS NOTICE HEARING**

Noticed Hearing Date: September 7, 2011
Time: 10:00 a.m.
Court Room: G

**IT IS HEREBY STIPULATED** by and between Plaintiff Susan Staley ("Plaintiff") on the one hand, and Defendants Lifetouch, Inc. and Lifetouch Church Directories and Portraits, Inc., on the other hand, by and through their respective counsel, that the date of Plaintiff's Class Notice hearing be extended 60 days, from September 9, 2011, to November 16, 2011 ~~November 8, 2011~~, in order to allow the parties to further pursue settlement prior to filing of Plaintiff's Class Motion. The parties have

exchanged written responses to discovery requests and document production.

It is further stipulated that Plaintiff's Moving papers will be submitted on or before Friday, October 7, 2011; opposition papers will be submitted on or before October 21, 2011, and reply papers will be submitted on or before October 28, 2011.

SO STIPULATED.

Dated: August 31, 2011

**MANNING & KASS ELLROD, RAMIREZ, TRESTER LLP**

By: ______________________
Evelina M. Serafini, Esq.
Judith A. Kogan, Esq.

Attorneys for Defendants Lifetouch, Inc. and Lifetouch Church Directories and Portraits, Inc.

Dated: ~~August~~ September 1, 2011

**THE OTTINGER FIRM, P.C.**

By: ______________________
Robert Ottinger, Esq.

Attorneys for Plaintiffs Susan Staley and the Putative Class

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: September 6, 2011

Magistrate Judge Bernard Zimmerman

Hearing scheduled for November 16, 2011 at 10:00 a.m. in Courtroom C, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

-3-

STIPULATION EXTENDING DATE FOR PLAINTIFF'S CLASS NOTICE HEARING