JEFFREY M. LENKOV, ESQ. (SBN 156478)
EVELINA M. SERAFINI, ESQ. (SBN 187137)
MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP
15th Floor at 801 Tower
801 South Figueroa Street
Los Angeles, CA 90017
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendant Lifetouch, Inc. and
Lifetouch Church Directories and Portraits, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN STALEY, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> LIFETOUCH, INC. AND LIFETOUCH CHURCH DIRECTORIES AND PORTRAITS, INC. <br><br> Defendants. | Case No.: C10-03464 (BZ) <br><br> STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR MEDIATION COMPLETION <br><br> Mediation Completion Date: September 2, 2011 <br><br> Complaint Filed: 08/09/2010 <br> Trial: 03/12/2012 |

IT IS HEREBY STIPULATED by and between Plaintiff Susan Staley on the one hand, and Defendants, Lifetouch Inc. and Lifetouch Church Directories and Portraits, Inc., on the other hand, by and through their respective counsel, that the date for completion of private mediation be

///
///
///
///
///

-1-

adjourned approximately 60 days, from September 2, 2011 to November 1, 2011 in order to allow the parties further time to engage in ongoing discussions regarding the possible settlement of this matter.

Dated: August 31, 2011

THE OTTINGER FIRM, P.C.

By: _____
Robert Ottinger
Christopher Davis
Attorneys for Plaintiffs Susan Staley and the Putative Class

Dated: August 31, 2011

MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP

By: _____
Jeffrey M. Lenkov, Esq.
Evelina M. Serafini, Esq.
Judith A. Kogan, Esq.
Attorneys for Defendants Lifetouch, Inc. and Lifetouch Church Directories and Portraits, Inc.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: September 6, 2011

_____
Magistrate Judge Bernard Zimmerman