1  JEFFREY M. LENKOV, ESQ. (SBN 156478)
   EVELINA M. SERAFINI, ESQ. (SBN 187137)
2  MANNING & KASS
   ELLROD, RAMIREZ, TRESTER LLP
3  15th Floor at 801 Tower
   801 South Figueroa Street
4  Los Angeles, CA 90017
   Telephone: (213) 624-6900
5  Facsimile:  (213) 624-6999

6  Attorneys for Defendant Lifetouch, Inc. and
   Lifetouch Church Directories and Portraits, Inc.

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11

12 SUSAN STALEY, individually and on  )  Case No.: C10-03464 (BZ)
   behalf of all others similarly situated,  )
13                                     )  STIPULATION AND [PROPOSED] ORDER
              Plaintiff,               )  EXTENDING DEADLINE FOR
14                                     )  MEDIATION COMPLETION
       vs.                             )
15                                     )  Mediation Completion Date: September 2, 2011
   LIFETOUCH, INC. AND LIFETOUCH )
16 CHURCH DIRECTORIES AND              )
   PORTRAITS, INC.                     )  Complaint Filed:  08/09/2010
17                                     )  Trial:            03/12/2012
              Defendants.              )
18 _____)

19

20

21     IT IS HEREBY STIPULATED by and between Plaintiff Susan Staley on the one hand, and

22 Defendants, Lifetouch Inc. and Lifetouch Church Directories and Portraits, Inc., on the other hand,

23 by and through their respective counsel, that the date for completion of private mediation be

24 ///

25 ///

26 ///

27 ///

28 ///

                                        -1-
STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR MEDIATION COMPLETION

1  adjourned approximately 60 days, from September 2, 2011 to November 1, 2011 in order to allow
2  the parties further time to engage in ongoing discussions regarding the possible settlement of this
3  matter.

5  Dated: August 31, 2011                THE OTTINGER FIRM, P.C.

7  By: _____
       Robert Ottinger
8      Christopher Davis
       Attorneys for Plaintiffs Susan Staley and the
9      Putative Class

11 Dated: August 31, 2011                MANNING & KASS
                                         ELLROD, RAMIREZ, TRESTER LLP

14 By: _____
       Jeffrey M. Lenkov, Esq.
       Evelina M. Serafini, Esq.
15     Judith A. Kogan, Esq.
       Attorneys for Defendants Lifetouch, Inc. and
16     Lifetouch Church Directories and Portraits,
       Inc.

18 PURSUANT TO STIPULATION, IT IS SO ORDERED.

20 Dated: September 6, 2011               _____
                                          Magistrate Judge Bernard Zimmerman